**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.             Case No.  **5:11cv212/RS-EMT**

**F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL: 57, SN 386176091;
SIG-SAUER P226 PISTOL CAL: 9, SN U547237;
COLT POCKET NINE PISTOL CAL: 9, SN NP06528;
MOSSBERG 500A SHOTGUN CAL: 12, SN T139750;
BUSHMASTER FIREARMS CARBON 15 RIFLE CAL: 223, SN E06885; AND
1385 ASSORTED ROUNDS OF AMMUNITION,**

        **Defendant.**
_____/

## DECREE OF FORFEITURE

Before me is Plaintiff's Motion for Decree of Forfeiture (Doc. 5).

On June 22, 2011, a Verified Complaint of Forfeiture In Rem was filed against the following defendant property:

1. **F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL: 57, SN 386176091;**
2. **SIG-SAUER P226 PISTOL CAL: 9, SN U547237;**
3. **COLT POCKET NINE PISTOL CAL: 9, SN NP06528;**
4. **MOSSBERG 500A SHOTGUN CAL: 12, SN T139750;**
5. **BUSHMASTER FIREARMS CARBON 15 RIFLE CAL: 223, SN E06885;**
6. **1385 ASSORTED ROUNDS OF AMMUNITION**,

The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

On June 24, 2011, Jeremy Coatney, potential claimant, was sent notice of the pending forfeiture action.  The notices were returned as undeliverable.  A Notice of Forfeiture Action

was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning June 25, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.  No persons or entities having an interest in the above-referenced property have filed claims.

**IT IS ORDERED:**

The Defendant property,

1. F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL: 57, SN 386176091;
2. SIG-SAUER P226 PISTOL CAL: 9, SN U547237;
3. COLT POCKET NINE PISTOL CAL: 9, SN NP06528;
4. MOSSBERG 500A SHOTGUN CAL: 12, SN T139750;
5. BUSHMASTER FIREARMS CARBON 15 RIFLE CAL: 223, SN E06885;
6. 1385 ASSORTED ROUNDS OF AMMUNITION,

is forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**ORDERED** on September 21, 2011.

/s/ Richard Smoak
RICHARD SMOAK
United States District Judge